IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 11-434-68

RONALD CAMPBELL :

**FILED**
NOV 14 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER FOR BENCH WARRANT

AND NOW, this 14th day of November, 2012, on motion of Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE ELIZABETH T. HEY
United States Magistrate Judge

*Warrant Issued 11/14/12*

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-434 |
| RONALD CAMPBELL | : | |

FILED
NOV 14 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## MOTION FOR BENCH WARRANT

AND NOW, this _____ day of _____, 2012, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Michelle Rotella / Nancy Beam Winter, Assistant United States Attorneys move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

_____
Michelle Rotella / Nancy Beam Winter
Assistant United States Attorneys