IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | No. 11-434 |
| NORMAN WERTHER : | |

**ORDER**

**AND NOW**, this **8th** day of **April, 2013**, upon consideration of Dr. Norman Werther's Motion in Limine to Exclude the Introduction of the Death Scene and Autopsy Photographs of Patient Nathaniel Backes, and the Government's response thereto, and for the reasons provided in this Court's Memorandum dated April 8, 2013, it is hereby **ORDERED** that the motion (Document No. 1340) is **DENIED**.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**