IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 11-434-54 |
| ANGEL DUPREY | : | |

## ORDER

**AND NOW**, this **8th** day of **April, 2013**, upon consideration of Angel Duprey's Motion to Suppress Statements, the Government's response thereto, following a suppression hearing on April 3, 2013, and for the reasons provided in this Court's Memorandum dated April 8, 2013, it is hereby **ORDERED** that the motion (Document No. 1331) is **DENIED**.

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**