IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

vs. : CRIMINAL NO. 11-434-54

ANGEL DUPREY :

FILED
JUN 1 2 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 11th day of June, 2013, came the attorney for the Government and the defendant being present with counsel, and

[ ] The Court having granted the defendant's motion for judgment of acquittal as to:

[ ] A jury has been waived, and the Court has found the defendant not guilty as to:

[XX] The jury has returned its verdict, finding the defendant not guilty as to: Counts 325 through 330.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

Berle M. Schiller, J.

cc: U.S. Marshal
Probation Office
Counsel

6/11/13         C. Campoli
Date            By Whom

Cr 1 (8/80)