# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | No. 11-434 |
| NORMAN WERTHER, *et al.* : | |

## ORDER

**AND NOW**, this **23rd** day of **September, 2013**, upon consideration of Defendant Dr. Norman Werther's Motion for Judgment of Acquittal or, in the Alternative, Motion for a New Trial, Defendant Angel Duprey's Motion for Judgment of Acquittal or, in the Alternative, for New Trial, and the Government's responses thereto, and for the reasons given in this Court's Memorandum dated September 23, 2013, it is hereby **ORDERED** that:

1. Defendant Dr. Norman Werther's motion (Document No. 1592) is **DENIED**.

2. Defendant Angel Duprey's motion (Document No. 1607) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**